UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIJAH SANTIAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS A. KRAUSE and JOHN DOE OFFICERS 1-8,<br><br>    Defendants. | Case No.   12-cv-988-JPG-PMF |

**MEMORANDUM AND ORDER**

    This matter comes before the Court on plaintiff Elijah Santiago's objection (Doc. 50) to Magistrate Judge Frazier's order (Doc. 49) denying his motion for appointment of counsel (Doc. 45).  Magistrate Judge Frazier denied Santiago's motion because in the recent past he had substantial funds to hire an attorney in his trust fund account, but chose to spend that money on other things.

    A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law.  See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).  Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law.  *Id.*

    Magistrate Judge Frazier was not clearly wrong in assessing Santiago's trust fund account balance, and his decision to deny counsel on that basis was not contrary to law.  Furthermore, the Court notes that (1) Santiago has provided no evidence that he has made a diligent search for counsel to represent him or was precluded from doing so and (2) the quality of Santiago's filings to date demonstrate his competence to represent himself.  These are relevant factors under *Pruitt v. Mote*, 503 F.3d 647, 654-55 (7th Cir. 2007).

For these reasons, the Court **AFFIRMS** Magistrate Judge Frazier's order (Doc. 49) and **OVERRULES** Santiago's objection (Doc. 50).  The Court further **ORDERS** that any future request for appointment or recruitment of counsel shall be accompanied by a statement of trust fund transactions/balances for the entire period this case has been pending.

**IT IS SO ORDERED.**
**DATED: February 28, 2014**

                                      s/J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**